| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Florence Hospital at Anthem, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1523903** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4545 N. Hunt Highway**<br>**Florence, AZ**　　　　　ZIP Code **85132** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinal** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☑ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9　☐ Chapter 15 Petition for Recognition<br>☑ Chapter 11　　of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13　☐ Chapter 15 Petition for Recognition<br>　　　　　　of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."　☑ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**　*** Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com ***<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Florence Hospital at Anthem, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)                (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Florence Hospital at Anthem, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Thomas H. Allen** _____
Signature of Attorney for Debtor(s)

**Thomas H. Allen 11160 e-mail: tallen@asbazlaw.com**
Printed Name of Attorney for Debtor(s)

**Allen, Sala & Bayne, PLC**
Firm Name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**

_____
Address

**602-256-6000  Fax: 602-252-4712**
Telephone Number

**March  6, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Timothy A. Johns** _____
Signature of Authorized Individual

**Timothy A. Johns**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March  6, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re    **Florence Hospital at Anthem, LLC**            Case No. _____

Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Morrison Management Specialists** P.O. Box 102289 Atlanta, GA 30368-0228 | **Morrison Management Specialists** P.O. Box 102289 Atlanta, GA 30368-0228 | **vendor debt** | | **67,809.67** |
| **Professional Hospital Supply, Inc.** P.O. BOx 23229 Pasadena, CA 91185-3229 | **Professional Hospital Supply, Inc.** P.O. BOx 23229 Pasadena, CA 91185-3229 | **vendor debt** | | **64,116.27** |
| **Blood Systems, Inc.** P.O. Box 53022 Phoenix, AZ 85072 | **Blood Systems, Inc.** P.O. Box 53022 Phoenix, AZ 85072 | **vendor debt** | | **51,955.00** |
| **Sonora Quest Laboratories** P.O. Box 29661 Dept 2059 Phoenix, AZ 85038-9661 | **Sonora Quest Laboratories** P.O. Box 29661 Dept 2059 Phoenix, AZ 85038-9661 | **vendor debt** | | **47,506.87** |
| **Microsoft Licensing, GP** 1950 N. Stemmons Fwy, Suite 5010 Dallas, TX 75207 | **Microsoft Licensing, GP** 1950 N. Stemmons Fwy, Suite 5010 Dallas, TX 75207 | **software licensing fees** | | **46,170.65** |
| **Healthcare Management Systems, Inc.** 2739 Momentum Place Chicago, IL 60689-5327 | **Healthcare Management Systems, Inc.** 2739 Momentum Place Chicago, IL 60689-5327 | **vendor debt** | | **45,722.60** |
| **GE Healthcare** P.O. Box 640200 Pittsburgh, PA 15264-0200 | **GE Healthcare** P.O. Box 640200 Pittsburgh, PA 15264-0200 | **vendor debt** | | **36,510.45** |
| **Sun Life Financial** P.O. Box 2274 Carol Stream, IL 60132-2774 | **Sun Life Financial** P.O. Box 2274 Carol Stream, IL 60132-2774 | **vendor debt** | | **33,002.68** |
| **VRV Group, Inc.** 3246 E. Vogel Suite 1 Phoenix, AZ 85028 | **VRV Group, Inc.** 3246 E. Vogel Suite 1 Phoenix, AZ 85028 | **vendor debt** | | **32,700.00** |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

In re   **Florence Hospital at Anthem, LLC**          Case No. _____

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | Johnson & Johnson Health Care Systems<br>5972 Collections Center Drive<br>Chicago, IL 60693 | vendor debt | | 31,182.10 |
| Diskriter Inc.<br>3257 W. Liberty Avenue<br>Pittsburgh, PA 15216 | Diskriter Inc.<br>3257 W. Liberty Avenue<br>Pittsburgh, PA 15216 | vendor debt | | 27,811.43 |
| Pipeline Health Holdings LLC<br>600 California Street<br>Suite 950<br>San Francisco, CA 94108 | Pipeline Health Holdings LLC<br>600 California Street<br>Suite 950<br>San Francisco, CA 94108 | vendor debt | | 27,798.27 |
| 3M Health Information Systems<br>575 W. Murray Blvd.<br>Salt Lake City, UT 84123 | 3M Health Information Systems<br>575 W. Murray Blvd.<br>Salt Lake City, UT 84123 | vendor debt | | 27,158.57 |
| SWA Architects<br>48 E. Holly Street<br>Pasadena, CA 91103 | SWA Architects<br>48 E. Holly Street<br>Pasadena, CA 91103 | vendor debt | | 25,600.00 |
| Schmidt Westergard & Company PLLC<br>77 W. University<br>Mesa, AZ 85201 | Schmidt Westergard & Company PLLC<br>77 W. University<br>Mesa, AZ 85201 | vendor debt | | 25,000.00 |
| Advanced Benefit Solutions<br>P.O. Box 71490<br>Phoenix, AZ 85050 | Advanced Benefit Solutions<br>P.O. Box 71490<br>Phoenix, AZ 85050 | vendor debt | | 24,968.46 |
| Cardinal Health<br>c/o Bank of America<br>P.O. Box 57130<br>Los Angeles, CA 90074-7130 | Cardinal Health<br>c/o Bank of America<br>P.O. Box 57130<br>Los Angeles, CA 90074-7130 | vendor debt | | 23,255.59 |
| Fisher HealthCare<br>13551 Collections Center Drive<br>Chicago, IL 60693 | Fisher HealthCare<br>13551 Collections Center Drive<br>Chicago, IL 60693 | vendor debt | | 23,170.44 |
| Orchard Software Corporation<br>701 Congressional Blvd., Suite 360<br>Carmel, IN 46032 | Orchard Software Corporation<br>701 Congressional Blvd., Suite 360<br>Carmel, IN 46032 | vendor debt | | 19,754.78 |
| Bayard Advertising Agency, Inc.<br>902 Broadway<br>New York, NY 10010 | Bayard Advertising Agency, Inc.<br>902 Broadway<br>New York, NY 10010 | vendor debt | | 18,958.61 |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re  **Florence Hospital at Anthem, LLC**                              Case No. _____
_____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  6, 2013**                          Signature  **/s/ Timothy A. Johns**
                                                              **Timothy A. Johns**
                                                              **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Florence Hospital at Anthem, LLC -


3M HEALTH INFORMATION SYSTEMS
575 W. MURRAY BLVD.
SALT LAKE CITY UT 84123


ADVANCED BENEFIT SOLUTIONS
P.O. BOX 71490
PHOENIX AZ 85050


AGI LEASING, LLC
P.O. BOX 246
BELLEVUE WA 98009


ALLAN & PHYLLIS WEINSTEIN
4949 E. LINCOLN DRIVE, VILLA #4
PARADISE VALLEY AZ 85253


ALPHAGRAPHICS
535 W. BASELINE
SUITE 104
MESA AZ 85210


ANDREW K. AND TANYA PFANNENSTIEL
5717 W. BONANZA LANE
PHOENIX AZ 85083


ANDREW K. PFANNENSTIEL
5717 W. BONANZA LANE
PHOENIX AZ 85083


ANDREW'S REFRIGERATION, INC.
5617 E. HILLERY DRIVE
SCOTTSDALE AZ 85254-2449


ANTHEM @ MERRILL RANCH COMMUNITY COUNCIL
P.O. BOX 62465
PHOENIX AZ 85082-2465

Florence Hospital at Anthem, LLC -

APPLIED MEDICAL
P.O. BOX 75001
CITY OF INDUSTRY CA 91716-9759

ARIZONA DEPARTMENT OF REVENUE
SPECIAL OPERATIONS UNIT
1600 WEST MONROE ST., 7TH FLOOR
PHOENIX AZ 85007

ARIZONA DEPARTMENT OF REVENUE
C/O AZ ATTY GEN TAX, BANKR & COLL SECT
1275 W. WASHINGTON AVE
PHOENIX AZ 85007

ARIZONA INTERPRETING SERVICE, INC.
4425 E. AGAVE ROAD, #120
PHOENIX AZ 85044

ARTHREX, INC.
P.O. BOX 403511
ATLANTA GA 30384-3511

ATRIUM MEDICAL CORPORATION
P.O. BOX 842888
BOSTON MA 02284-2888

BAXTER HEALTHCARE CORP
P.O. BOX 100714
PASADENA CA 91189

BAYARD ADVERTISING AGENCY, INC.
902 BROADWAY
NEW YORK NY 10010

BDI PHARMA, INC.
P.O. BOX 602317
CHARLOTTE NC 28260-2317

Florence Hospital at Anthem, LLC -


BEN AND CHRIS STRONG
4610 E. CERRA DE AGUILA
TUCSON AZ 85718


BERKELEY MEDEVICES
1330 SOUTH 51ST STREET
RICHMOND CA 94804-4628


BILLY AND TIFFANY ANDERSON
3357 E. MORELOS COURT
GILBERT AZ 85295


BIO-MEDICAL APPLICATIONS OF TEXAS, INC.
P.O. BOX 749959
LOS ANGELES CA 90074-9959


BIO-RAD LABORATORIES
CLINICAL DIAGNOSTICS GROUP
P.O. BOX 849740
LOS ANGELES CA 90084-9740


BLOOD SYSTEMS, INC.
P.O. BOX 53022
PHOENIX AZ 85072


BORIK HOSPITALIST, INC.
1143 W. MAPLEWOOD STREET
CHANDLER AZ 85286


BRIAN AND DENICE MCCALLEY
8700 BRODIE LANE, #831
AUSTIN TX 78745


BRIAN HESS
3112 NORTH 51ST STREET
PHOENIX AZ 85018

Florence Hospital at Anthem, LLC -

BRYAN MCCORMICK
3430 N. MOUNTAIN RIDGE
MESA AZ 85206


C-SCAN TECHNOLOGIES
P.O. BOX 87239
PHOENIX AZ 85080-7289


CARDINAL HEALTH
C/O BANK OF AMERICA
P.O. BOX 57130
LOS ANGELES CA 90074-7130


CAREER BUILDERS, LLC
13047 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0130


CARSTENS
P.O. BOX 99110
CHICAGO IL 60693


CATERINA SCIANNA
656 W. MESQUITE STREET
GILBERT AZ 85233


CBS TECHNOLOGIES, INC.
P.O. BOX 421759
HOUSTON TX 77242-1759


CENTURY LINK
P.O. BOX 52187
PHOENIX AZ 85072-2187


CENTURYLINK
P.O. BOX 29040
PHOENIX AZ 85038-9040

Florence Hospital at Anthem, LLC -

CHERYL WOODMANSEE
P.O. BOX 2087
FLORENCE AZ 85132

CHRISTINE GIUDICE
3444 E. WASHINGTON AVENUE
GILBERT AZ 85234

COLLEGE OF AMERICAN PATHOLOGISTS
P.O. BOX 71698
CHICAGO IL 60694-1698

COLONIAL FUNDING NETWORK, INC.
1501 BROADWAY, SUITE 360
NEW YORK NY 10036

COLUMBIA STATE BANK
719 SECOND AVENUE, #500
SEATTLE WA 98104

COMP RAY INC.
205 W. DEER VALLEY ROAD
PHOENIX AZ 85027

COMPANION LIFE INSURANCE CO.
@ TOTAL DENTAL ADMINISTRATORS
P.O. BOX 74960
90074-9630

CONMED CORPORATION
P.O. BOX 6814
CHURCH STREET STATION
NEW YORK NY 10249-6814

COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO IL 60673-1229

Florence Hospital at Anthem, LLC -


COOLIDGE CHAMBER OF COMMERCE
320 W. CENTRAL AVENUE
COOLIDGE AZ 85128


COREY MCCORMICK
4135 SOUTH POWER ROAD, #112
MESA AZ 85207


COVIDIEN
675 MCDONNEL BLVD.
HAZELWOOD MO 63042


CR BARD INC.
P.O. BOX 75767
CHARLOTTE NC 28275


CYBERSOURCE CORPORATION


DAN QUAN
610 E. BELL ROAD, #2-176
PHOENIX AZ 85022


DAVID LINDBERG
2745 N. STERLING
MESA AZ 85207


DAVID WANGER
1717 SOUTH COLE
GILBERT AZ 85295


DAZZY, INC.
1715 W. 4TH STREET
TEMPE AZ 85281

Florence Hospital at Anthem, LLC -

DISKRITER INC.
3257 W. LIBERTY AVENUE
PITTSBURGH PA 15216

EDWARD G. BROWN

EXECUTIVE HEALTH RESOURCES, INC.
P.O. BOX 822688
PHILADELPHIA PA 19182-2688

FASTEST LAP, LLC
3430 N. MOUNTAIN RIDGE
#25
MESA AZ 85207

FHAD PROPERTY, LLC
5656 S. POWER ROAD
GILBERT AZ 85295

FIDELITY NATIONAL TITLE
60 E. RIO SAALADO PARKWAY
#1102
TEMPE AZ 85281

FISHER HEALTHCARE
13551 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

G. NEIL
P.O. BOX 451179
FORT LAUDERDALE FL 33345-1179

GE HEALTHCARE
P.O. BOX 640200
PITTSBURGH PA 15264-0200

Florence Hospital at Anthem, LLC -

GE HEALTHCARE
2984 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

GEMS

GENZYNE
P.O. BOX 223013
PITTSBURGH PA 15251-2013

GERMFREE LABORATORIES, INC.
11 AVIATOR WAY
ORMOND BEACH FL 32174

GILBERT HOSPITAL, LLC
8020 E. PALM LANE
MESA AZ 85207

GREG SCALLON

HARLON SCOTT ROMAN
30 CAMPANILLA
SAN CLEMENTE CA 92673

HCI RESOURCES
2555 W. FAIRVIEW STREET, SUITE 104
CHANDLER AZ 85224

HEALTH CARE LOGISTICS
P.O. BOX 400
CIRCLEVILLE OH 43113-0400

Florence Hospital at Anthem, LLC -

HEALTHCARE MANAGEMENT SYSTEMS, INC.
2739 MOMENTUM PLACE
CHICAGO IL 60689-5327

HEATHER RUSH
26542 N. 53RD GLEN
PHOENIX AZ 85083

HILL-ROM
P.O. BOX 643592
PITTSBURGH PA 15264-3592

HOSPIRA WORLDWIDE, INC.
75 REMITTANCE DRIVE, SUITE 6136
CHICAGO IL 60675-6136

HOWMEDICA OSTEONICS CORPORATION
BOX 93213
CHICAGO IL 60673-3213

HULL ANESTHESIA
7521 TALBERT AVENUE
HUNTINGTON BEACH CA 92648-1382

INSIGHT DIRECT USA, INC.
P.O. BOX 731069
DALLAS TX 75373-1069

INTEGRA
311 ENTERPRISE DRIVE
PLAINSBORO NJ 08536

INTELLIQUICK DELIVERY, INC.
P.O. BOX 34964
PHOENIX AZ 85067

Florence Hospital at Anthem, LLC -

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

JAMES PRICE
6109 E. EXETER BLVD.
SCOTTSDALE AZ 85251

JANE JADLOT
1905 E. HACKAMORE STREET
MESA AZ 85203

JASON ORLANDO
7743 E. DOWNING
MESA AZ 85207

JEFFREY M. YOUNG
21415 S. 142ND STREET
CHANDLER AZ 85286

JERRY AND KARYN SHINKLE
11345 E. ROSCOE AVENUE
MESA AZ 85212

JERRY AND MARGARET LUCAS
1464 N. 24TH STREET
MESA AZ 85213

JMS, LLC
4904 S. POWER ROAD, #103
MESA AZ 85212

JOHN MASON
4619 E. CALLE TUBERIA
PHOENIX AZ 85018

Florence Hospital at Anthem, LLC -

JOHNATHAN AND JANNE MAITEM
2812 W. PRINCEVILLE COURT
PHOENIX AZ 85086

JOHNSON & JOHNSON HEALTH CARE SYSTEMS
5972 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

JOSEPH R. CARREIRO JR.
29972 N. BRYCE TRAIL
QUEEN CREEK AZ 85142

K-FORMS MANAGEMENT GROUP
5744 GREEN CHAPEL ROAD
FRANKLIN TN 37064

KCI USA
P.O. BOX 203086
HOUSTON TX 77216-3086

KEITH ZOETEMAN
19915 E. SONOQUI BLVD.
QUEEN CREEK AZ 85142

KEVIN HASELHORST
577 NORTH 78TH PLACE
SCOTTSDALE AZ 85250

KIM HOANG
16633 SOUTH 34TH WAY
PHOENIX AZ 85048

KURT MASTOPIETRO
4336 E. ENCANTO ST.
MESA AZ 85205

Florence Hospital at Anthem, LLC -


LAKE & COBB, PLLC
1095 W. RIO SALADO PARKWAY
SUITE 206
TEMPE AZ 85281


LINGUALINX LANGUAGE SOLUTIONS, INC.
122 REMSEN STREET, 3RD FLOOR
COHOES NY 12047


LISA REITMEYER
3431 N. BOULDER CANYON CIRCLE
MESA AZ 85207


MALLINCKRODT LLC
P.O. BOX 730356
DALLAS TX 75373-0356


MARGARET M. LAPUSAN
2265 W. MANDALAY LANE
PHOENIX AZ 85023


MARVIN D. MITCHELL
512 W. CLAREMONT AVENUE
PHOENIX AZ 85013


MARY ELIZABETH VOOHAAR
7834 S. NEWBERRY LANE
TEMPE AZ 85284


MEDICAL DIAGNOSTIC IMAGING GROUP LTD
P.O. BOX 17049
PHOENIX AZ 85011


MEDICAL DIAGNOSTIC IMAGING GROUP, LTD.
P.O. BOX 27340
PHOENIX AZ 85061

MEDIVATORS
NW 9841
P.O. BOX 1450
MINNEAPOLIS MN 55485


MICHELE CIANFRANI
3130 E. CLAXTON COURT
GILBERT AZ 85297


MICROSOFT LICENSING, GP
1950 N. STEMMONS FWY, SUITE 5010
DALLAS TX 75207


MINDRAY
24312 NETWORK PLACE
CHICAGO IL 60673-1243


MORRISON MANAGEMENT SPECIALISTS
P.O. BOX 102289
ATLANTA GA 30368-0228


MOTIVATIONAL SYSTEMS, INC.
7375 W. BUCKEYE ROAD, #110
PHOENIX AZ 85043-4206


MPT OF FLORENCE, LLC
1000 URBAN CENTER DRIVE
SUITE 501
BIRMINGHAM AL 35242


NATIONAL RESEARCH CORPORATION
P.O. BOX 809030
CHICAGO IL 60680-9030


OCCUPATIONAL HEALTH CENTERS
1818 E. SKY HARBOR CIRCLE NORTH
#150
PHOENIX AZ 85034-3407

Florence Hospital at Anthem, LLC -

OFFICE DEPOT, INC.
P.O. BOX 70025
LOS ANGELES CA 90074-0025


OLYMPUS AMERICA, INC.
P.O. BOX 120600
DEPT. 600
DALLAS TX 75312-0600


OMNICELL, INC.
DEPT. CH 17247
PALATINE IL 60055-7247


ORCHARD SOFTWARE CORPORATION
701 CONGRESSIONAL BLVD., SUITE 360
CARMEL IN 46032


PACIFIC OFFICE AUTOMATION
14747 NW BREENBRIER PARKWAY
BEAVERTON OR 97006


PANERA BREAD CO.
ACCTS RECEIVABLE
P.O. BOX 504545
SAINT LOUIS MO 63150-4545


PATHOLOGY SERVICES, PC
C/O SHERYL LESSARD
6263 N. SCOTTSDALE ROAD, #250
SCOTTSDALE AZ 85250


PATHOLOGY SPECIALISTS OF AZ
ATTN: SUSAN BLOCK
P.O. BOX 42210
PHOENIX AZ 85080-2210


PATRICIA KRUSE
#2537 E. MANHATTON DRIVE
TEMPE AZ 85282

Florence Hospital at Anthem, LLC -

PATRICK FREKING
5731 E. EDGEMONT AVENUE
SCOTTSDALE AZ 85257

PAUL BUDNICK
8206 E. TESORA CIRCLE
MESA AZ 85207

PAUL D. ELLSWORTH, PLC
4041 E. GROVE CIRCLE
MESA AZ 85206-3201

PFI PARTNERS, LLC
C/O JEFFREY HILL
3030 NORTH CENTRAL AVE, #1500
PHOENIX AZ 85012

PINAL COUNTY TREASURER
P.O. BOX 729
FLORENCE AZ 85132-0729

PIPELINE HEALTH HOLDINGS LLC
600 CALIFORNIA STREET
SUITE 950
SAN FRANCISCO CA 94108

PRAXAIR DISTRIBUTION, INC.
P.O. BOX 120812
DEPT. 0812
DALLAS TX 75312-0812

PRINCIPAL TRUST COMPANY
P.O. BOX 823215
PHILADELPHIA PA 19182-3215

PROFESSIONAL HOSPITAL SUPPLY, INC.
P.O. BOX 23229
PASADENA CA 91185-3229

Florence Hospital at Anthem, LLC -


PROFESSIONAL MERCHANT ADV CAPITAL LLC
150 MOTOR PARKWAY, SUITE 104
HAUPPAUGE NY 11788


PROGRESSIVE MEDICAL, INC.
11085 GRAVOIS INDUSTRIAL COURT
SAINT LOUIS MO 63128


RADIATION DETECTION COMPANY, INC.
P.O. BOX 22300
PHOENIX AZ 85021-2230


RED HAWK FIRE & SECURITY
P.O. BOX 31001-1918
PASADENA CA 91110-1305


RICK AN
5350 N. 48TH STREET, SUITE 205
CHANDLER AZ 85226


ROBERT S. RABEL
9168 W. GOLD DUST DRIVE
QUEEN CREEK AZ 85242


ROBERT T. LUTTRELL, III
TENTH FLOOR, TWO LEADERSHIP SQUARE
211 N. ROBINSON
OKLAHOMA CITY OK 73102-7103


ROCHE DIAGNOSTICS CORPORATION
MAIL CODE 5508
P.O. BOX 105046
ATLANTA GA 30348-5046


RONALD AND LYNNE BLISS
4405 TETON CIRCLE
FARMINGTON NM 87401

Florence Hospital at Anthem, LLC -

SANOFI PASTEUR INC.
12458 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

SCHMIDT WESTERGARD & COMPANY PLLC
77 W. UNIVERSITY
MESA AZ 85201

SCRUBS AND BEYOND
823 HANLEY INDUSTRIAL COURT
SAINT LOUIS MO 63144

SHC
1953 W. GRANT ROAD
TUCSON AZ 85745

SIEMENS DIAGNOSTIC FINANCE CO. LLC
1717 DEERFIELD ROAD
DEERFIELD IL 60015

SIEMENS FINANCIAL SERVICES, INC.
170 WOOD AVENUE SOUTH
ISELIN NJ 08830

SIEMENS HEALTHCARE DIAGNOSTICS INC.
500 MS #530
P.O. BOX 6101
NEWARK DE 19714

SLEBODA MEDICAL SALES INC.
29410 N. 49TH WAY
CAVE CREEK AZ 85331

SONORA QUEST LABORATORIES
P.O. BOX 29661
DEPT 2059
PHOENIX AZ 85038-9661

Florence Hospital at Anthem, LLC -


ST. JOHN'S COMPANIES
P.O. BOX 51263
LOS ANGELES CA 90051-5563


STAT-MED INC.
23606 N. 19TH AVENUE, SUITE 2
PHOENIX AZ 85085


STERICYCLE
P.O. BOX 6578
CAROL STREAM IL 60197-6578


STILLWATER NATIONAL BANK AND TRUST CO
P.O. BOX 1988
STILLWATER OK 74076


STILLWATER NATIONAL BANK AND TRUST CO
6301 WATERFORD BOULEVARD
SUITE 101
OKLAHOMA CITY OK 73118


STRYKER ENDOSCOPY
P.O. BOX 93276
CHICAGO IL 60673


STRYKER ORTHOPAEDICS
BOX 93213
CHICAGO IL 60673-3213


SUN LIFE FINANCIAL
P.O. BOX 2274
CAROL STREAM IL 60132-2774


SUSAN SCARLA
3825 E. KNOLL STREET
MESA AZ 85215

Florence Hospital at Anthem, LLC -


SWA ARCHITECTS
48 E. HOLLY STREET
PASADENA CA 91103


SYSMEX AMERICA, INC.
39923 TREASURY CENTER
PALATINE IL 60094-9900


THE GRAPHS MEDICAL PHYSICS, INC.
12358 N. 88TH PLACE
SCOTTSDALE AZ 85260


THE NELSON LAW GROUP
CITISCAPE EXECUTIVE SUITES, SUITE 500
ONE E. WASHINGTON STREET
PHOENIX AZ 85004


THE O'SULLIVAN GROUP
6041 N. 23RD PLACE
PHOENIX AZ 85016


THE SSI GROUP, INC.
P.O. BOX 890987
CHARLOTTE NC 28289-0987


THE UPS STORE #5920
3281 N. HUNT HIGHWAY, SUITE 115
AZ 85232


THERAPRO PHYSICAL THERAPY
3800 W. RAY ROAD, #12
CHANDLER AZ 85226


THOMAS C. PAUL
18864 E. ARROWHEAD TRAIL
QUEEN CREEK AZ 85142

Florence Hospital at Anthem, LLC -


THOMAS H. BUDNICK
229 CROCKER BLVD.
MOUNT CLEMENS MI 48043


TIMOTHY A. JOHNS, MD
8020 E. PALM LANE
MESA AZ 85207


TISSUE SEAL
5643 PLYMOUTH ROAD
ANN ARBOR MI 48105


TYCO HEALTHCARE GROUP LP
DEPARTMENT 00 10318
PALATINE IL 60055-0318


UDALL SHUMWAY
P.O. BOX 1446
MESA AZ 85211-1446


ULTRALINQ
236 W. 30TH STREET
6TH FLOOR
NEW YORK NY 10001


UNIVERSAL HOSPITAL SERVICES, INC.
SDS 12-0940
P.O. BOX 86
MINNEAPOLIS MN 55486-0940


UNIVERSAL OPTIC SERVICE
10020 N. 111TH PLACE
SCOTTSDALE AZ 85259


VERATHON
P.O. BOX 935117
ATLANTA GA 31193-5117

Florence Hospital at Anthem, LLC -


VERIZON WIRELESS
P.O. BOX 660108
DALLAS TX 75266-0108


VIC THE PICC SOUTHWEST, LLC
777 S. HAM LANE, SUITE D
LODI CA 95242-3592


VILEX IN TENNESSEE, INC.
111 MOFFITT STREET
MCMINNVILLE TN 37110


VRV GROUP, INC.
3246 E. VOGEL
SUITE 1
PHOENIX AZ 85028


WAXIE SANITARY SUPPLY
P.O. BOX 81006
SAN DIEGO CA 92138-1006


WAYNE BUTLER
1707 W. YEARLING ROAD
PHOENIX AZ 85085


WESCOR, INC.
370 W. 1700 SOUTH
LOGAN UT 84321-8212


WESTERN EXTERMINATOR COMPANY
6100 W. GILA SPRINGS PLACE, #9
CHANDLER AZ 85226-3539


WILLIAM F. VOORHAAR
7834 S. NEWBERRY LANE
TEMPE AZ 85284

Florence Hospital at Anthem, LLC -


ZENJI & CESLEY REYNOLDS
10534 E. FLOWER AVENUE
MESA AZ 85208


ZIONS RX FORMULATIONS
5949 E. UNIVERSITY DRIVE
MESA AZ 85205


ZOLL MEDICAL CORPORATION
P.O. BOX 27028
NEW YORK NY 10087-7028