ILENE J. LASHINSKY (#003073)
United States Trustee

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270
Email: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 4:13-bk-03201-BMW<br><br>**APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

1. GE HEALTHCARE
   Douglas Dietzen, Chairperson
   3000 North Grandview Blvd.
   Waukesha WI 53188-1615
   Phone: (414) 721-4683
   Email: douglas.dietzen@ge.com

2. MORRISON MANAGEMENT SPECIALISTS, INC.
   Jerry Carpenter
   4721 Morrison Dr., Suite 300
   Mobile AL 36609
   Phone: (251) 461-3020
   Email: Jerrycarpenter@iammorrison.com

3. VRV GROUP, INC.
Wes Richardson
6012 North 2nd Avenue
Phoenix AZ 85013
Phone: (602) 509-5443
Email: wcr@cox.net

RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ EKB ( #024174)
Edward K. Bernatavicius
Trial Attorney

Copy of the foregoing mailed via
First Class mail on March 27, 2013, to:

Michael Jones
Thomas Allen
ALLEN, SALA & BAYNE, PLC
1850 N. Central Ave., #1150
Phoenix AZ 85004
Debtor's Attorneys


 /s/ CMP