Philip R Rudd (#014026)
Wesley D. Ray (#026351)
**POLSINELLI PC**
CityScape Plaza
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: prudd@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4-13-bk-03201-BMW<br><br>**AMENDED NOTICE OF FILING:**<br><br>**(1) AMENDED *LETTER OF INTENT* FROM BLUE WOLF CAPITAL FUND III, L.P.;**<br><br>**(2) PROPOSED FORM *ASSET PURCHASE AGREEMENT* REGARDING THE SALE OF THE DEBTOR'S ASSETS; AND**<br><br>**(3) PROPOSED *ORDER ESTABLISHING BID PROCEDURES, SETTING DATE AND TIME OF SALE HEARING, AND SETTING RELATED DEADLINES*** |

**NOTICE IS HEREBY GIVEN** that, pursuant to the Court's direction, Florence Hospital at Anthem, LLC, debtor-in-possession in the above captioned bankruptcy proceedings ("**Debtor**"), hereby files the following documents concerning the Debtor's proposed sale of substantially all of its assets pursuant to *Debtor's Motion For Orders: (1) Approving Sale Of Debtor's Assets Free And Clear Of Liens, Claims And Interests, (2) Approving Assumption And Assignment Of*

*Unexpired Leases And Executory Contracts, (3) Approving Certain Bid And Auction Procedures, (4) Setting Date And Time For Hearing On Proposed Sale, And (5) Approving Form And Notice Of Auction And Sale Hearing* (the "**Sale Motion**") filed on June 11, 2014 [Dkt. No. 543]:

    (1)    That certain amended *Letter of Intent* dated October 10, 2014 from Blue Wolf Capital Fund III, L.P. ("Blue Wolf" or "Stalking Horse Bidder") to the Debtor attached hereto as Exhibit "A;"

    (2)    That certain form *Asset Purchase Agreement* ("Form APA") negotiated by Blue Wolf and the Debtor attached hereto as Exhibit "B;" and

    (3)    The proposed *Order Establishing Bid Procedures, Setting Date and Time of Sale Hearing, and Setting Related Deadlines* ("Sale Procedures Order") attached hereto as "C" which has been negotiated and agreed to by (a) counsel for the stalking horse bidder, (b) counsel for Bank SNB National Association, (c) counsel for MPT of Florence, LLC, (d) counsel for the Official Committee of Unsecured Creditors, (e) counsel for the Patient Care Ombudsman, (f) counsel for the United States Trustee, and (g) counsel for Gilbert Hospital, LLC.[1]

DATED: October 10, 2014.

POLSINELLI PC

By: /s/ _____
Philip R. Rudd
Wesley D. Ray
One E. Washington Street, Suite 1200
Phoenix, AZ  85004
*Attorneys for Debtor*

---

[1] Pursuant to the Court's direction, a redlined copy of the proposed Sale Procedures Order, redlined against the prior proposed procedures order submitted to the Court on September 25, 2014 has been delivered by e-mail to (a) the Court's law clerk, (b) counsel for Bank SNB National Association, (c) counsel for MPT of Florence, LLC, (d) counsel for the Official Committee of Unsecured Creditors, (e) counsel for the Patient Care Ombudsman, (f) counsel for the United States Trustee, and (g) counsel for Gilbert Hospital, LLC.

| | |
|---|---|
| COPY of the foregoing mailed (or served via electronic notification if indicated by an "*") on October 10, 2014, to: | |
| Edward K. Bernatavicius *<br>edward.k.bernatavicius@usdoj.gov<br>U.S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003 | Bradley D. Gardner * bdg@udallshumway.com<br>UDALL, SHUMWAY & LYSONS PLC<br>30 West First Street<br>Mesa, AZ 85201<br>*Attorneys for Udall Shumway, PLC* |
| Bryce A. Suzuki * bryce.suzuki@bryancave.com<br>Kyle S. Hirsch * Kyle.hirsch@bryancave.com<br>BRYAN CAVE LLP<br>2 North Central Avenue, Suite 2200<br>Phoenix, AZ 85004<br>*Local Attorneys for The Stillwater National Bank and Trust Company* | Robert T. Luttrell, III *<br>bob.luttrell@mcafeetaft.com<br>Louis Price * louis.price@mcafeetaft.com<br>MCAFEE & TAFT<br>211 N. Robinson, Tenth Floor<br>Oklahoma City, OK 73102-7103<br>*Attorneys for The Stillwater National Bank and Trust Company* |
| Robert P. Harris * robert.harris@quarles.com<br>Lori L. Winkelman<br>*lori.winkelman@quarles.com<br>QUARLES & BRADY LLP<br>2 North Central Avenue<br>Phoenix, AZ 85004-2391<br>*Attorneys for MPT of Florence, LLC* | Rick N. Bryson *<br>rick.bryson@sandersparks.com<br>G. Gregory Eagleburger *<br>Greg.Eagleburger@sandersparks.com<br>SANDERS & PARKS PC<br>3030 North Third Street, Suite 1300<br>Phoenix, AZ 85012-3099<br>*Attorneys for Schmidt Westergard & Company* |
| Hilary L. Barnes * hbarnes@cavanaghlaw.com<br>THE CAVANAGH LAW FIRM<br>1850 North Central Avenue<br>Suite 2400<br>Phoenix, AZ 85004<br>*Attorneys for Jerry Seelig, Health Care Ombudsman* | Leigee Gu * lgu@halperinlaw.net<br>HALPERIN BATTAGLIA RAICHT LLP<br>40 Wall Street, 37th Floor<br>New York, NY 10005<br>*Attorneys for Phoenix metro Inpatient Services, an affiliate of Fresenius Medical Care Holdings, Inc. d/b/a/ Fresenius Medical Care North America* |
| Patrick B. Howell * phowell@whdlaw.com<br>WHYTE HIRSCHBOECK DUDEK SC<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI 53202<br>*Attorneys for GE Healthcare* | Pernell W. McGuire *<br>pmcguire@davismiles.com<br>DAVIS MILES MCGUIRE GARDNER, PLLC<br>320 N. Lerous Street, Suite A<br>Flagstaff, AZ 86001<br>*Attorneys for James Price, Mary Voorhaar, Phyllis Weinsten and William Voorhaar, Dan Quan, Billy Joe Anderson, Tiffany Anderson, Zenji Reynolds, Jonathan Maitem, Janne Maitem, Brian Hess* |

| | | |
|---|---|---|
| 1 | Chad Philip Miesen * <br> chad@carpenterhazlewood.com | Donald W. Powell * d.powell@cplawfirm.com <br> CARMICHAEL & POWELL, P.C. |
| 2 | CARPENTER HAZLEWOOD DELGADO & BOLEN <br> 1400 East Southern Avenue, Suite 400 | 7301 North 16th Street <br> Suite 103 |
| 3 | Tempe, AZ 85282 | Phoenix, AZ 85020 |
| 4 | *Attorneys for Anthem at Merrill Ranch Community Council, Inc.* | *Attorneys for Khouseheh Kian and Kianoush Kian, Dan Quan* |
| 5 | Clint W. Smith * cws@cwspclaw.com | Mark D. Chernoff * mchernoff@azfirm.net |
| 6 | CLINT W. SMITH PC <br> 1423 South Higley Road | CHERNOFF LAW FIRM, PC <br> 14300 N. Northsight Boulvevard, Suite 205 |
| 7 | Suite 120 <br> Mesa, AZ 85206 | Scottsdale, AZ 85260 <br> *Attorneys for David Wanger* |
| 8 | *Attorneys for Karen Ross-Glaser* | |
| 9 | Brian J. Pollock * bpollock@lrlaw.com <br> LEWIS AND ROCA | Thomas O. Kolb Jr. * <br> tkolb@bakerdonelson.com |
| 10 | 40 N. Central Ave., Suite 1900 <br> Phoenix, AZ 85004-4429 | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ |
| 11 | *Attorneys for Gilbert Hospital* | 420 20th Street North, #1400 <br> Birmingham, AL 35203-3221 |
| 12 | | *Attorneys for MPT* |
| 13 | Debra J. Cohen * dcohen@halperinlaw.net <br> Ligee Gu * lgu@halperinlaw.net | Stacia A. Danielsen * sdanielson@sw-cpa.com <br> SCHMIDT WESTERGARD & COMPANY |
| 14 | HALPERIN BATTAGLIA RAICHT LLP <br> 40 Wall Street, 37th Floor | 77 West University Drive <br> Mesa, AZ 85201 |
| 15 | New York, NY 10005 <br> *Attorneys for Fresenius Medical Care Holdings,* | *Schmidt Westergard & Company, PLLC* |
| 16 | *Inc dba Fresenius Medical Care North America* | |
| 17 | Margaret A. Gillespie * <br> mgillespie@maypotenza.com | Robert M. Moss * <br> rmoss@medicalpropertiestrust.com |
| 18 | MAY, POTENZA, BARAN AND GILLESPIE, P.C. <br> 201 North Central Ave., 22nd Floor | MEDICAL PROPERTIES TRUST, INC. <br> 1000 Urban Center Drive, Suite 501 |
| 19 | Phoenix, AZ 85004-0608 <br> *Local Counsel for GE Healthcare* | Birmingham, AL 35242-2225 <br> *Attorneys for Medical Properties Trust, Inc.* |
| 20 | Gary V. Ringler * garyvringler@earthlink.net | Nancy J. March * nmarch@fclaw.com |
| 21 | GARY V. RINGLER, PLLC <br> 7303 W. Boston St. | FENNEMORE CRAIG, P.C. <br> One South Church Ave., Suite 1000 |
| 22 | Chandler, AZ 85226 <br> *Attorneys for Dr. Paul Budnick, Debra Budnick* | Tucson, AZ 85701-1627 <br> *Attorneys for Blue Cross Blue Shield of* |
| 23 | *and Paul Budnick MDPC Profit Sharing Plan* | *Arizona* |
| 24 | Debra J. Cohen * dcohen@halperinlaw.net <br> HALPERIN BATTAGLIA RAICHT, LLP | Jonathan Saffer * jmsaffer@swlaw.com <br> Jill H. Perrella * jperrella@swlaw.com |
| 25 | 40 Wall Street, 37th Floor <br> New York, NY 10005 | SNELL & WILMER, L.L.P. <br> One South Church Avenue, Suite 1500 |
| 26 | *Attorneys for Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services* | Tucson, AZ 85701 <br> *Attorneys for Thomas Budnick* |

| | | |
|---|---|---|
| 1 | Benjamin W. Reeves * breves@swlaw.com<br>SNELL & WILMER, L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, AZ 85004<br>*Attorneys for Pulte Homes Corporation* | Bradley D. Weech *<br>centraldocket@jacksonwhitelaw.com<br>JACKSON WHITE<br>40 North Center Street<br>Suite 200<br>Mesa, AZ 85201<br>*Attorneys for Gilbert Hospital, L.L.C.* |
| 2 | Andre E. Carman * acarman@lawwmc.com<br>WARNOCK, MACKINLAY & CARMAN, PLLC<br>246 South Cortez Street<br>Prescott, AZ 86303<br>*Attorneys for East Pioneer, LLC* | William W. Fife, III * AZ@brinkmanlaw.com<br>Daniel M. Greenberg<br>BRINKMAN PORTILLO RONK, APC<br>18444 N. 25th Avenue<br>Phoenix, AZ 85016<br>*Attorneys for Official Joint Committee of Unsecured Creditors of Gilbert Hospital, LLC* |
| 3 | Daren R. Brinkman * AZ@brinkmanlaw.com<br>Laura J. Portillo<br>Kevin C. Ronk<br>BRINKMAN PORTILLO RONK, APC<br>4333 Park Terrace Drive, Ste. 205<br>Westlake Village, CA 91361<br>*Attorneys for Official Joint Committee of Unsecured Creditors of Gilbert Hospital, LLC* | Teddy M. Kapur * tkapur@pszjlaw.com<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4003<br>*Attorneys for Terner Capital Group, LLC* |
| 4 | Michael W. Carmel * michael@mcarmellaw.com<br>MICHAEL W. CARMEL LTD.<br>80 East Columbus Avenue<br>Phoenix, AZ 85012-4965<br>*Attorneys for Creditor Gilbert Hospital* | Dean M. Dinner *ddinner@ngdlaw.com<br>NUSSBAUM GILLIS & DINNER, P.C.<br>14850 N. Scottsdale Road, Suite 450<br>Scottsdale, AZ 85254<br>*Attorneys for Equity Security Holders' Committee* |
| 5 | Daniel E. Garrison * dan@andantelaw.com<br>Jessica R. Kenney * jessica@andantelaw.com<br>ANDANTE LAW GROUP OF DANIEL E. GARRISON<br>Scottsdale Financial Center I<br>4110 North Scottsdale Road, Suite 330<br>Scottsdale, AZ 85251<br>*Attorneys for Gilbert Hospital, LLC* | Andrew A. Harnisch * andy@mhlawaz.com<br>MINKIN & HARNISCH PLLC<br>6515 N. 12th Street, Suite B<br>Phoenix, AZ 85014<br>*Attorneys for Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services* |
| 6 | Carolyn J. Johnsen *<br>cjjohnsen@dickinsonwright.com<br>DICKINSON WRIGHT PLLC<br>1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004-4568<br>*Attorneys for the Official Committee of Unsecured Creditors* | Tamalyn E. Lewis*<br>tel@eblawyers.com<br>Engelman Berger, PC<br>3636 North Central Ave., Suite 700<br>Phoenix, AZ 85012<br>*Attorneys for Blue Wolf Capital Fund III, L.P.* |

| | |
|---|---|
| 1 | Lenard M. Parkins* |
| | Lenard.Parkins@haynesboone.com |
| 2 | Steven A. Buxbaum* |
| | Steven.Buxbaum@haynesboone.com |
| 3 | Haynes and Boone, LLP |
| 4 | 1221 McKinney Street, Suite 2100 |
| | Houston, TX  77010-207 |
| 5 | *Attorneys for Blue Wolf Capital Fund III, L.P.* |
| 6 | |
| 7 | By:   /s/ Cathie Misquez |
| 8 | |