courtdocs@dickinsonwright.com
Carolyn J. Johnsen (#011894)
**DICKINSON WRIGHT PLLC**
1850 N. Central Ave., Ste. 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
cjjohnsen@dickinsonwright.com
*Attorneys for the Official Committee of Unsecured Creditors of Florence Hospital at Anthem, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:13-bk-03201-BMW<br><br>**OBJECTION TO GILBERT HOSPITAL, LLC'S AMENDED AND RESTATED JOINT DISCLOSURE STATEMENT TO ACCOMPANY AMENDED AND RESTATED JOINT PLAN OF REORGANIZATION DATED MARCH 11, 2015**<br><br>**[Relates to Dkt. #793]**<br><br>**Gilbert Hearing Date and Time: March 31, 2015, 1:30 p.m.**<br><br>**Florence Hearing Date and Time: April 2, 2015, 2:30 p.m.** |
|---|---|

The Official Committee of Unsecured Creditors appointed in the case of Florence Hospital (the "Florence Committee") files this Objection to the *Gilbert Hospital, LLC's Amended and Restated Joint Disclosure Statement to Accompany Amended and Restated Joint Plan of Reorganization Dated March 11, 2015* [Dkt. #793-Florence; Dkt. #748-Gilbert] (the "Amended Disclosure Statement").

**INTRODUCTION**

On November 17, 2014, Gilbert Hospital, LLC ("Gilbert") and Bank SNB (the "Bank") filed an identical Joint Plan of Reorganization in each of the cases of *In re: Florence Hospital of Anthem*, 4:13-bk-3201-BMW ("Florence") pending before the Honorable Brenda Whinery and *In re: Gilbert Hospital, LLC*, 2:14-bk-01451-MCW ("Gilbert") pending before the Honorable Madeleine Wanslee. Weeks later, on December 3, 2014, Gilbert (and not the Bank) filed an identical Disclosure Statement in each of the cases. The cases have not been consolidated.

The Florence Committee filed an Objection to the initial Disclosure Statement on February 17, 2015 [Dkt. #684-Gilbert] [Dkt. #767-Florence]. A hearing was held on the initial Florence Disclosure Statement on February 26, 2015, at which time the Florence Court considered multiple objections filed by virtually every constituency in both cases. In addition, the Florence Court stated on the record her concerns with the Disclosure Statement and the need for Gilbert to address those issues. The parties agreed that Gilbert would amend the Disclosure Statement and a further hearing would be held on March 31, 2015.

A hearing was held on the initial Gilbert Disclosure Statement on February 19, 2015. The parties agreed that in light of the amendments to be made, the hearing should be continued and it is set for April 2, 2015.

Gilbert filed the Amended Disclosure Statement and an Amended and Restated Joint Plan on March 11, 2015 and a *Notice of Filing Further Amendment to Amended and Restated Joint Disclosure Statement* on March 17, 2015 ("Further Amendment"). The Amended Plan and Disclosure Statement and the Further Amendment filed in the Gilbert case affect unsecured creditors in the Florence case and therefore the Florence Committee files this Objection in each of the cases in order to protect their interests.

As set forth below, the Amended Disclosure Statement and Further Amendment still do not provide adequate information as required by Bankruptcy Code Section 1125 to enable creditors to make an informed decision to accept or reject the proposed Amended Plan. Nor do they address the multiple concerns expressed by the Florence Court.

This is an extremely confusing situation for unsecured creditors in both cases. They will be presented with an overwhelming 137-page document and will be asked to absorb it and cast a vote on their future. What unsecured creditors want to know is what their recovery is likely to be and the realistic risk associated with that recovery. The Amended Disclosure Statement and Further Amendment simply do not accomplish that task.

**1.    The Joint Plan Versus a Sale of the Florence Assets.**

There is currently pending in the Florence case a sale of substantially all of the assets of the Florence Hospital with the exception of so-called "excluded assets," including cash and certain other carve-outs, to Blue Wolf Capital Fund III, LP (the "Sale"). The Amended Disclosure Statement and Further Amendment are heavily tilted toward the Amended Plan and give short shrift to the Sale and why Florence creditors may be better off in a sale scenario.

Although Gilbert attempts to describe this analysis in the Further Amendment, it has omitted a comprehensible comparison of the recovery creditors may receive with either alternative. The Florence Debtor and the Florence Committee must be able to explain the variances in a side by-side description of the benefits and risks.

**2.    The "Effectiveness" of the Plan**

The Amended Disclosure Statement provides that in order for the Amended Plan to be effective, it must be confirmed by both the Florence and Gilbert Courts.

However, the Disclosure Statement does not describe what happens if one case confirms and the other does not. Notably, the Gilbert Committee has expressed vehement opposition to the Amended Plan. The risk of a contested confirmation and the delay it will cause must be disclosed as well as the fact that the Sale may dissipate in the wake of continued delay.

**3. The Disclosure Statement Does Not Contain an Explanation of the Benefits of Proposed Consolidation.**

In many respects, the Amended Plan proposes a substantive consolidation of the assets of the two hospitals. Yet, the Florence creditors receive no benefit other than a payment of $250,000. There has been no disclosure of the value of the Florence Hospital under the joint operation. The Further Amendment explains the benefits of joint operations, but these are not designed to benefit the Florence creditors, and Gilbert and the Bank propose that they may attempt to sell one or both of the hospitals with the proceeds to inure only to the benefit of the Gilbert creditors and equity. Again, the Florence creditors receive no benefit. The Florence Court commented on this omission at the previous Disclosure Statement hearing. This is a critical disclosure.

**4. The Disclosure Statement Does Not Adequately Disclose Florence's Authority to Proceed with the Sale nor Specifically How Insiders are Benefitted.**

There have been questions raised by members of Gilbert's board of directors and/or investors as to that company's authority to proceed with the Amended Plan. Gilbert has explained its position. However, it indicates that Florence's corporate authority to pursue the Sale has been questioned. The Florence Debtor and the Florence Committee must be permitted to provide their position.

In addition, it is apparent that Timothy Johns, an insider in both hospital entities, has serious conflicts of interest which have manifested in the context of the Sale and the Amended Disclosure Statement. A full discussion must be included in the Amended Disclosure Statement.

### 5. **409A Plans.**

The Amended Disclosure Statement indicates that monies from the 409A Plans maintained in each of the cases will be utilized to fund the Joint Plan. There is no discussion as to Florence Plans and the risk of any objection to the disbursement to unsecured creditors.

### 6. **Administrative Expenses in Florence**.

The Plan provides for administrative claims in the Florence case to be paid $500,000. Clearly, this amount is inadequate in that claims approximate $1,500,000. Although, Gilbert indicates there may be enough cash in the Florence estate to pay such claims, further disclosure must be included as to how any shortfall will be covered in full on the effective date of the Amended Plan as required by the Bankruptcy Code.

### 7. **The Trust Agreement**

The Trust Agreement in the Florence case must be provided so that creditors are aware of the details regarding the transfer of assets and the proposed distributions.

### 8. **The Procedure for Determining the Assumption and Rejection of Contracts is Unworkable**

The Amended Disclosure Statement provides that the assumption and rejection of contracts will not be addressed until after confirmation. This procedure will not allow creditors the benefit of knowing what cure amounts or rejection damages will be owed and must be corrected.

Based on the foregoing, the Florence Committee requests that the Court deny approval of the Amended Disclosure Statement until such time as the inadequacies described above can be remedied appropriately. To the extent any of the objections stated herein may be considered objections to the confirmation of the Amended Plan, the Florence Committee reserves all rights to assert them in that context.

DATED this 23rd day of March, 2015.

                                DICKINSON WRIGHT PLLC

                                By: /s/ Carolyn J. Johnsen
                                    Carolyn J. Johnsen
                                    *Attorneys for the Official Committee of Unsecured Creditors of Florence Hospital at Anthem, LLC*

**FOREGOING** electronically filed with the Clerk of the U.S. Bankruptcy Court for the District of Arizona this 17th day of February, 2015, with a **COPY** served this same date via e-mail on the following parties:

Wesley Denton Ray
Philip R. Rudd
POLSINELLI PC
City Scape Plaza
One E. Washington St, #1200
Phoenix, AZ 85004
wray@polsinelli.com
prudd@polsinelli.com
*Attorneys for Debtor*

| | |
|---|---|
| 1 | Steven N. Berger |
| | Tamalyn E. Lewis |
| 2 | Patrick A. Clisham |
| 3 | ENGELMAN BERGER, P.C. |
| | 3636 N. Central Avenue, Suite 700 |
| 4 | Phoenix, AZ 85012 |
| | snb@eblawyers.com |
| 5 | tel@eblawyers.com |
| 6 | pac@eblawyers.com |
| | *Attorneys for Blue Wolf Capital Fund III, LP* |
| 7 | |
| 8 | Lenard M. Parkins |
| | HAYNES AND BOONE, LLP |
| 9 | 30 Rockefeller Plaza, 26th Fl. |
| | New York, NY 10112 |
| 10 | lenard.parkins@haynesboone.com |
| 11 | *Attorneys for Blue Wolf Capital Fund III, LP* |
| 12 | Hilary L. Barnes |
| | ALLEN MAGUIRE & BARNES, PLC |
| 13 | 1850 N. Central Avenue, Suite 1150 |
| | Phoenix, AZ 85004 |
| 14 | hbarnes@ambazlaw.com |
| 15 | *Attorneys for Jerry Seelig, Health Care Ombudsman* |
| 16 | Stacia A. Danielsen |
| | SCHMIDT WESTERGARD & COMPANY |
| 17 | 77 West University Drive |
| 18 | Mesa, AZ 85201 |
| | sdanielson@sw-cpa.com |
| 19 | |
| 20 | Andre E. Carman |
| | WARNOCK, MACKINLAY & CARMAN, PLLC |
| 21 | 246 S. Cortez Street |
| | Prescott, AZ 86303 |
| 22 | acarman@lawwmc.com |
| 23 | *Attorneys for East Pioneer, LLC* |
| 24 | Michael W. Carmel |
| | Michael W. Carmel, LTD. |
| 25 | 80 E. Columbus Avenue |
| 26 | Phoenix, AZ 85012-4965 |
| | michael@mcarmellaw.com |
| 27 | *Attorneys for Michael W. Carmel, Ltd.* |
| 28 | |

| | |
|---|---|
| 1 | Mark D. Chernoff |
|   | CHERNOFF LAW FIRM PC |
| 2 | 14300 N. Northsight Boulevard, Suite 205 |
|   | Scottsdale, AZ  85260 |
| 3 | office@azfirm.net |
| 4 | *Attorneys for David Wanger* |
| 5 | Dean M. Dinner |
|   | NUSSBAUM GILLIS & DINNER, P.C. |
| 6 | 14850 N. Scottsdale Road, Suite 450 |
| 7 | Scottsdale, AZ  85254 |
|   | ddinner@ngdlaw.com |
| 8 | *Attorneys for Equity Security Holders' Committee* |
| 9 | |
|   | William Wilson Fife, III |
| 10 | Daniel M. Greenberg |
|   | BRINKMAN, PORTILLO, RONK, APC |
| 11 | 18444 N. 25th Avenue |
| 12 | Phoenix, AZ  85016 |
|   | william@williamfifelaw.com |
| 13 | *Attorneys for Official Joint Committee of Unsecured Creditors of Gilbert Hospital, LLC* |
| 14 | |
| 15 | Daren R. Brinkman |
|   | Laura J. Portillo |
| 16 | Kevin C. Ronk |
| 17 | BRINKMAN PORTILLO RONK, APC |
|   | 4333 Park Terrace Drive, Suite 205 |
| 18 | Westlake Village, CA  91361 |
| 19 | daren@brinkmanlaw.com |
|   | laura@brinkmanlaw.com |
| 20 | *Attorneys for Official Joint Committee of Unsecured Creditors of Gilbert Hospital, LLC* |
| 21 | |
| 22 | Bradley D. Gardner |
|   | UDALL, SHUMWAY & LYONS, PLC |
| 23 | 30 W. First Street |
| 24 | Mesa, AZ  85201 |
|   | bdg@udallshumway.com |
| 25 | *Attorneys for Udall, Shumway & Lyons, PLC* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Thomas O. Kolb, Jr. |
| | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ |
| 2 | 420 20th Street North, Suite 1400 |
| | Birmingham, AL  35203-3221 |
| 3 | tkolb@bakerdonelson.com |
| 4 | *Attorneys for MPT* |
| 5 | Robert M. Moss |
| | MEDICAL PROPERTIES TRUST, INC. |
| 6 | 1000 Urban Center Drive, Suite 501 |
| 7 | Birmingham, AL  35242-2225 |
| | rmoss@medicalpropertiestrust.com |
| 8 | |
| 9 | Daniel E. Garrison |
| | Jessica R. Kenney |
| 10 | ANDANTE LAW GROUP, PLLC |
| | Scottsdale Financial Center I |
| 11 | 4110 N. Scottsdale Road, Suite 330 |
| 12 | Scottsdale, AZ  85251 |
| | dan@andantelaw.com |
| 13 | jessica@andantelaw.com |
| 14 | *Attorneys for Gilbert Hospital, LLC* |
| 15 | Debra J. Cohen |
| | Ligee Gu |
| 16 | HALPERIN BATTAGLIA RAICHT LLP |
| 17 | 40 Wall Street 37th Floor |
| | New York, NY  10005 |
| 18 | dcohen@halperinlaw.net |
| 19 | lgu@halperinlaw.net |
| | *Attorneys for Apheresis Care Group, Inc. dba Phoenix Metro Inpatient Services, an* |
| 20 | *affiliate of Fresenius Medical Care Holdings, Inc dba Fresenius Medical Care North* |
| 21 | *America* |
| 22 | Andrew A. Harnisch |
| | MINKIN & HARNISCH PLLC |
| 23 | 6515 N. 12th Street, Suite B |
| 24 | Phoenix, AZ  85014 |
| | andy@mhlawaz.com |
| 25 | *Attorneys for Apheresis Care Group, Inc. dba Phoenix Metro Inpatient Services, an* |
| | *affiliate of Fresenius Medical Care Holdings, Inc dba Fresenius Medical Care North* |
| 26 | *America* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Robert P. Harris |
| | Lori Winkelman |
| 2 | QUARLES & BRADY LLP |
| | One Renaissance Square |
| 3 | 2 N. Central Avenue |
| 4 | Phoenix, AZ 85004-2391 |
| | robert.harris@quarles.com |
| 5 | lori.winkelman@quarles.com |
| 6 | *Attorneys for MPT of Florence, LLC* |
| 7 | Jordan A Kroop |
| | PERKINS COIE LLP |
| 8 | 2901 N. Central Avenue, Suite 2000 |
| 9 | Phoenix, AZ 85012 |
| | jkroop@perkinscoie.com |
| 10 | *Attorneys for Terner Capital Group, LLC* |
| 11 | |
| | Nancy J. March |
| 12 | FENNEMORE CRAIG, P.C. |
| | One S. Church Avenue, Suite 1000 |
| 13 | Tucson, AZ 85701-1627 |
| 14 | nmarch@fclaw.com |
| | *Attorneys for Blue Cross/Blue Shield of Arizona* |
| 15 | |
| 16 | Pernell W. McGuire |
| | Douglas G. Zimmerman |
| 17 | Julie LaFave |
| | DAVIS MILES MCGUIRE GARDNER, PLLC |
| 18 | 320 N. Leroux Street, Suite A |
| 19 | Flagstaff, AZ 86001 |
| | pmcguire@davismiles.com |
| 20 | dzimmerman@davismiles.com |
| 21 | jlafave@davismiles.com |
| | efile.dockets@davismiles.com |
| 22 | *Attorneys for Anderson, Price, Voohaar, Weinstein, Quan, Reynolds, Maitem and Hess* |
| 23 | Chad P. Miesen |
| 24 | CARPENTER HAZLEWOOD DELGADO & BOLEN PLC |
| | 1400 E. Southern Ave., #400 |
| 25 | Tempe, AZ 85282 |
| 26 | chad@carpenterhazlewood.com |
| | *Attorneys for Anthem at Merrill Ranch Community Council, Inc.* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Donald W. Powell |
|   | CARMICHAEL & POWELL, P.C. |
| 2 | 7301 N. 16th Street, Suite 103 |
|   | Phoenix, AZ  85020 |
| 3 | d.powell@cplawfirm.com |
| 4 | *Attorneys for Khouseheh Kian and Kianoush Kian and Dan Quan* |
| 5 | Benjamin William Reeves |
|   | SNELL & WILMER LLP |
| 6 | One Arizona Center |
| 7 | 400 E. Van Buren Street |
|   | Phoenix, AZ  85004-2202 |
| 8 | breeves@swlaw.com |
| 9 | *Attorneys for Pulte Homes Corporation* |
| 10 | Gary V. Ringler |
|    | GARY RINGLER, PLLC |
| 11 | 7303 West Boston St |
| 12 | Chandler, AZ  85226 |
|    | garyvringler@earthlink.net |
| 13 | *Attorneys for Dr. Paul Budnick, Debra Budnick and Paul Budnick MDPC Profit* |
| 14 | *Sharing Plan* |
| 15 | Jonathan Saffer |
|    | Jill H Perrella |
| 16 | SNELL & WILMER LLP |
| 17 | One S. Church Avenue, Suite 1500 |
|    | Tucson, AZ  85701 |
| 18 | jperrella@swlaw.com |
| 19 | *Attorneys for Thomas Budnick* |
| 20 | Clint W. Smith |
|    | CLINT W. SMITH PC |
| 21 | 1423 S. Higley Road, Suite 120 |
| 22 | Mesa, AZ  85206 |
|    | cws@cwspclaw.com |
| 23 | *Attorneys for Karen Ross-Glaser* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Bryce A. Suzuki |
|   | Kyle S. Hirsch |
| 2 | BRYAN CAVE LLP |
|   | 2 N. Central Avenue, Suite 2200 |
| 3 | Phoenix, AZ 85004 |
| 4 | bryce.suzuki@bryancave.com |
|   | kyle.hirsch@bryancave.com |
| 5 | *Attorneys for Bank SNB, Successor By Conversion to Bank SNB, National Association,* |
| 6 | *Formerly Known as Stillwater National Bank and Trust Company* |
| 7 | Robert T. Luttrell, III |
|   | Louis Price |
| 8 | MCAFEE & TAFT |
|   | 211 N. Robinson, Tenth Floor |
| 9 | Oklahoma City, OK 73102-7103 |
| 10 | bob.luttrell@mcafeetaft.com |
|   | louis.price@mcafeetaft.com |
| 11 | *Attorneys for Bank SNB, Successor By Conversion to Bank SNB, National Association,* |
| 12 | *Formerly Known as Stillwater National Bank and Trust Company* |
| 13 | Bradley D. Weech |
| 14 | JACKSON WHITE, P.C. |
|   | 40 N. Center, Suite 200 |
| 15 | Mesa, AZ 85201 |
| 16 | bweech@jacksonwhitelaw.com |
|   | *Attorneys for Gilbert Hospital, LLC* |
| 17 | |
| 18 | Keith L. Hendricks |
|   | MOYES SELLERS & HENDRICKS |
| 19 | 1850 North Central Avenue, Suite 1100 |
|   | Phoenix, AZ 85004 |
| 20 | khendricks@law-msh.com |
| 21 | *Attorneys for Dr. Timothy Johns* |
| 22 | Kami M. Hoskins |
|   | JENNINGS, STROUSS & SALMON, P.L.C. |
| 23 | One East Washington Street, Suite 1900 |
| 24 | Phoenix, AZ 85004-2554 |
|   | khoskins@jsslaw.com |
| 25 | *Attorneys for CKS Securities, LLC and CKS Advisors, LLC* |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Robert M. Charles, Jr. |
|   | Jeffrey L. Sklar |
| 2 | LEWIS ROCA ROTHBERGER LLP |
|   | One South Church, Suite 700 |
| 3 | Tucson, AZ  85701-1611 |
| 4 | rcharles@lrrlaw.com |
|   | jsklar@lrrlaw.com |
| 5 | *Attorneys for Firstsource Solutions USA, LLC dba MedAssist* |
| 6 | *and GE Healthcare-OEC/Surgery* |
| 7 | David D. Cleary |
|   | GREENBERG TAURIG, L.L.P. |
| 8 | 2375 E. Camelback Road, Suite 700 |
| 9 | Phoenix, AZ  85016 |
|   | clearyd@gtlaw.com |
| 10 | *Attorneys for Emcare, Inc.* |
| 11 | |
|   | Edward K. Bernatavicius |
| 12 | OFFICE OF UNITED STATES TRUSTEE |
|   | 230 N. 1st Avenue, Suite 204 |
| 13 | Phoenix, AZ  85003 |
| 14 | edward.k.bernatavicius@usdoj.gov |
| 15 | Trevor R. Hoffmann, Esq. |
|   | HAYNES AND BOONE, LLP |
| 16 | 30 Rockefeller Plaza, 26th Floor |
| 17 | New York, NY  10112 |
|   | trevor.hoffmann@haynesboone.com |
| 18 | *Pro Hac Vice Attorneys for Blue Wolf Capital Fund III, LP* |
| 19 | |
|   | Thomas J. Salberno, Esq. |
| 20 | Loren A. Suddes, Esq. |
|   | GORDON SILVER |
| 21 | One East Washington Street, Suite 400 |
| 22 | Phoenix, AZ  85004 |
|   | tsalerno@gordonsilver.com |
| 23 | lsuddes@gordonsilver.com |
| 24 | *Attorneys for 3M Company* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Rafael X. Zahralddin-Aravena, Esq. |
| | Shelley A. Kinsella, Esq. |
| 2 | Cameron M. Fee, Esq. |
| | ELLIOT GREENLEAF |
| 3 | 1105 N. Market Street, Suite 1799 |
| 4 | Wilmington, DE 19801 |
| | rxza@elliottgreenleaf.com |
| 5 | sak@elliottgreenleaf.com |
| 6 | cmf@elliottgreenleaf.com |
| | *Attorneys for 3M Company* |
| 7 | |
| 8 | /s/ *Lauri Andrisani* |

PHOENIX 59517-1 208076v1