Daniel E. Garrison (Bar No. 021495)
Jessica Kenney Bonteque (Bar No. 026615)
**ANDANTE LAW GROUP, PLLC**
Scottsdale Financial Center I
4110 North Scottsdale Road, Suite 330
Scottsdale, AZ 85251
Phone: (480) 421-9449
Fax: (480) 522-1515
Email: dan@andantelaw.com
Email: jessica@andantelaw.com
*Attorneys for Gilbert Hospital, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 4:13-bk-03201-BMW<br><br>**DECLARATION OF MICHELE CIANFRANI-PAIN IN SUPPORT OF GILBERT HOSPITAL, LLC'S OBJECTION TO RENEWED EMERGENCY MOTION TO AUTHORIZE THE USE OF CASH ASSERTED TO BE THE COLLATERAL OF BANK SNB TO COMPLETE DEBTOR'S CREATION OF AN INDEPENDENT INFORMATION TECHNOLOGY SYSTEM AND JOINDER IN BANK SNB'S OBJECTION** |

　　COMES NOW Michele Cianfrani-Pain and states as follows:

　　1.　　I am over the age of 18 years and competent to make this Declaration.

　　2.　　I am the Information Technology Director ("IT Director") of Gilbert Hospital, LLC ("GH").

　　3.　　I have been the IT Director for GH since March 2006. I have over 30 years of experience in software implementations and upgrades.

4. I am a CHPC (Certified in Healthcare Privacy Compliance) certified and an active HCCA member.

5. A true and correct copy of my current resume is attached hereto and incorporated as **Exhibit "A"**.

6. Up until June 2014, part of my duties as IT Director of GH, was to manage the information technology of GH's related entity Florence Hospital at Anthem, LLC ("FHA"), FHA is the debtor and debtor in possession in the above captioned bankruptcy case (the "Case").

7. I, with my current staff, built both GH's and FHA's network and infrastructure, and therefore, have intimate knowledge of how both networks and their infrastructure work.

8. All facts stated herein are to the best of my knowledge and based on information gained by me in the ordinary course and scope of my employment as GH's IT Director, including information derived from GH's business records, which are kept in the ordinary course of the GH's business.

**EHR INCENTIVE PROGRAM**

9. Part of my duties as the IT Director for GH is to monitor, understand and insure that GH is in compliance with the Center for Medicare and Medicaid Service ("CMS") Electronic Health Records ("EHR") Incentive Program (the "EHR Incentive Program"). The EHR Incentive Program is designed to support health care providers and improve the quality, safety and efficiency of patient health care. The funds received by eligible hospitals such as GH and the Debtor from the EHR Incentive Program are referred to by the shorthand term of "meaningful use funds."

10. Both GH and FHA need to complete their stage 2 EHR Incentive Program attestations no later than December 31, 2015. A 90-day attestation period is required to properly attest for stage 2 of the EHR Incentive Program.

**FHA IT PROJECT PLAN**

11. I have reviewed the *Renewed Emergency Motion to Authorize the Use of Cash Asserted to be the Collateral of Bank SNB to Complete Debtor's Creation of an Independent Information Technology System* filed at docket entry ("DE") 812 (the "Motion") and all supporting exhibits, including Exhibit "E" to the Motion (the "FHA IT Project Plan").

12. Based upon my knowledge, experience, expertise, and research I believe the FHA IT Project Plan is not feasible.

13. The FHA IT Project Plan as currently drafted is missing numerous costs, and I am concerned that it will not be able to be completed for the estimated cost or in the estimated timeframe.

14. The FHA IT Project Plan, in my opinion, takes on a risky, complex, and unnecessary network segregation on top of a complicated time-consuming meaningful-use upgrade on a timetable that is not reasonable. In my opinion, it will be difficult for both GH and FHA to simply complete the meaningful-use upgrade without taking on the network segregation in the time available.

15. The following is a specific but non-exhaustive list of my concerns about the FHA IT Project Plan:

- There is no reference to system backups for both hardware and software licenses in the Motion or its exhibits.
- There is no reference to legacy data including Stockell, Amelior, and scanned images in the Motion or its exhibits.
- There is no reference to GH's cost to assist with the migration of data in the Motion or its exhibits.
- There is no cost associated with the consultant Omnificent Systems (network and infrastructure) in the Motion or its exhibits.
- There is a cost of $168,000 for consultant with Health Implements (MU upgrade project manager), but that cost is not included in the Motion or its exhibits.

- There is cost for (MU upgrade project manager) the following categories: vendor, software and hardware, consultant travel expenses, technical consultants, and overtime hours). None of these costs are included in the Motion or its exhibits.
- Additional hardware described has no cost associated with it in the Motion or its exhibits.
- Linux and iSeries hardware have no costs associated with these products in the Motion or its exhibits.
- There is no reference to the purchase of Meaningful Use software in the Motion or in the FHA IT Project Plan. GH believes the cost will be approximately $223,775.00.
- Budgeted amounts of Microsoft licenses appear to be too low. GH believes the cost will be approximately $200,000.00.
- There is no reference to additional software licenses and/or maintenance to support the Debtor's network in the Motion or its exhibits.

**GH PROPOSED COMPROMISE AND SOLUTION**

16. Based upon my knowledge, expertise, experience, and expansive knowledge of the current IT situation of the parties, I propose the following compromise solution:

   a. GH will enter into a hosted solution with MEDHost, on an agreed timetable, to bring GH to a remote hosted platform which will allow GH to provide a supported platform with the most current version at the time of "go live".

   b. GH will then place the Debtor as a hosted site on GH's hosting agreement with MEDHost.

   c. Then both the Debtor and GH can independently purchase and install all necessary hardware and software to accomplish the meaningful use upgrade attestation on their own because they will be fully supported by MEDHost on each hospital's independent library.

17. In addition, to the reduced risk to both Debtors, this approach will be at a cost savings for the Debtor, because being a second user on a Gilbert's hosted platform will be half the cost of being on their own hosted platform, according to MEDHost.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED this 17th day of April, 2015.

                                                */s/Michele Cianfrani-Pain*
                                                Michele Cianfrani-Pain