Kami M. Hoskins – 026271
khoskins@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
*Attorneys for CKS Securities, LLC and CKS Advisors, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FLORENCE HOSPITAL AT ANTHEM, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:13-bk-03201-BMW<br><br>**MOTION TO APPOINT CHAPTER 11 TRUSTEE** |

CKS Securities, LLC and CKS Advisors, LLC (collectively "CKS"), by and through its undersigned attorney, hereby files the *Motion to Appoint Chapter 11 Trustee* (the "Motion"). CKS supports the Motion with the following Memorandum of Points and Authorities and the entire court record, which are incorporated herein by reference.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  FACTUAL AND PROCEDURAL BACKGROUND.**

   **A.  Jurisdiction.**

   1.  Jurisdiction is proper before this Court pursuant to 28 U.S.C. § 1334.

   2.  This is a core proceeding pursuant to 28 U.S.C. § 157.

   3.  CKS files this Motion pursuant to 11 U.S.C. § 1104(a) and FED. R. BANKR. P. 2007.1.

   4.  The debtor Florence Hospital at Anthem, LLC (the "Debtor") filed its

voluntary petition for relief on March 6, 2013 (the "Petition Date") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), thereby initiating the above-captioned case.

5. The Debtor continues to operate its business and manage its property as debtor in possession under Bankruptcy Code §§ 1107(a) and 1108.

**B. Dr. Johns Has Suffocated the Debtor.**

6. Dr. Timothy Johns is a founding member and the manager of the Debtor.

7. According to the Debtor's *Statement of Financial Affairs*, Dr. Johns holds the largest membership interest in the Debtor, holding 20.27% of the outstanding membership interests. *See* Dkt. #69 at p. 114.

8. Prior to the Petition Date, Dr. Johns received compensation as an officer of the Debtor. Specifically, the Debtor reports that he received pre-petition transfers in the amount of $112,500.00 "for contract employment as Chief Operating Officer." *See id.* at p. 115.

9. Dr. Johns continues to serve as the Debtor's Chief Operating Officer. *See Disclosure Statement Relating to Debtor's Plan of Reorganization Dated August 20, 2013*, Dkt. #283 at p. 13.

10. Upon information and belief, Dr. Johns is one (1) of only three (3) members of the Debtor's deferred compensation plan. *See* Dkt. #844 at p. 74.

11. Shortly after the Petition Date, the Debtor's then Chief Executive Officer ("CEO"), David Wanger, resigned. Dr. Johns assumed the role as interim CEO and initiated a search for a replacement CEO. Presumably with Dr. Johns' knowledge and consent, the Debtor hired Arthur Doloresco as CEO on September 4, 2013. Mr. Doloresco remains as the acting CEO of the Debtor. *See id.* at pp. 13-14.

12. The Debtor schedules Dr. Johns with undisputed liquidated unsecured

1  pre-petition claims in the aggregate amount of $33,562.00. *See* Dkt. #69, Schedule F at pp. 89-90.

13. He apparently loaned money to the Debtor post-petition in the amount of $100,000.00. *See* Dkt. #283 at p. 14.

14. Dr. Johns also guaranteed the Debtor's obligations owing to Bank SNB. *See id.* at p. 100; *see also* Dkt. #236 at p. 3, ¶ 13.

15. Dr. Johns created and is involved in a number of other hospital-related entities across the Greater Phoenix area, including Visionary Healthcare, LLC. *See id.* at p. 12.

16. Dr. Johns is a founding member and was the sole manager of Gilbert Hospital, LLC ("Gilbert Hospital"), but he was replaced in his role as sole manager as a result of drawn-out litigation initiated by certain investors in Gilbert Hospital. *See* Dkt. #844 at pp. 13-16.

17. Gilbert Hospital is also a bankruptcy debtor under Chapter 11 in this District under Case No. 2:14-bk-01451 filed on February 5, 2014.

18. The Gilbert Hospital case has been pending for over 15 months without a confirmed plan of reorganization.

**C.  The Debtor's Troubled Bankruptcy Case.**

19. From its inception, the Debtor's bankruptcy case and its creditors have suffered under thumb of Dr. Johns.

20. Just six (6) months into the case, the Debtor replaced the law firm of Allen, Sala & Bayne PLC with the law firm of Polsinelli PC as counsel of record on or about July 9, 2013. *See Motion for Withdrawal and Substitution of Counsel*, Dkt. #187.

21. On July 26, 2013, Bank SNB filed the *Motion for Appointment of Chapter 11 Trustee* [Dkt. #236] ("Bank SNB Trustee Motion").

22. The premise of that motion was the Dr. Johns had so grossly mismanaged the Debtor that the bank sought appointment of a Chapter 11 trustee less than (7) months after the Petition Date. *See id*. at p. 11.

23. Bank SNB stated that Dr. Johns is "an insider with numerous conflicts of interest and highly questionable business credentials." *See* Bank SNB's Trustee Motion at p. 2.

24. Nevertheless, with Mr. Doloresco at the helm and with the assistance of its professionals, the Debtor began to right the ship and move toward a Bankruptcy Code § 363 sale and confirmation.

25. The Court approved and authorized the Debtor's retention of CKS Securities, LLC as the Debtor's exclusive investment banker on or about April 14, 2014 pursuant to the *Order Authorizing the Debtor's Retention of CKS Securities, LLC as Investment Banker* [Dkt. #514].

26. The Debtor filed the *Debtor's Plan of Reorganization Dated August 20, 2013* and related Disclosure Statement. *See* Dkt. ##283 & 284.

27. The Debtor filed the *Amended Plan of Reorganization Dated November 13, 2013* (the "Plan") and accompanying Disclosure Statement. *See* Dkt. ##388 & 389.

28. The Court entered an Order approving the Disclosure Statement and held an initial hearing on plan confirmation for February 6, 2014. *See* Dkt. ##408 & 481.

29. By the February 6, 2014 hearing, the Debtor needed additional time to market its assets and identify bidders, and the Court granted the Debtor additional time. *See id*.

30. Bank SNB withdrew the Bank SNB Trustee Motion on March 5, 2014.

31. On or about September 25, 2014, with the assistance of CKS Securities,

LLC, the Debtor identified Blue Wolf Capital Fund III, L.P. ("Blue Wolf") as a stalking horse bidder for a potential sale of the Debtor's assets. *See* Blue Wolf's Letter of Intent, Dkt. #594 at Exhibit A.

32. On October 17, 2014, the Court entered the *Order Establishing Bid Procedures, Setting Date and Time of Sale Hearings, and Setting Related Deadlines* [Dkt. #613] (the "Bid Procedures Order").

33. Pursuant to the Bid Procedures Order, the Court authorized and approved a sale of the Debtor's assets. The Court also authorized and approved Blue Wolf to be the stalking horse bidder for an anticipated sale of the Debtor's assets.

### D. The Gilbert Hospital Plan Favors Dr. Johns.

34. In an effort to interrupt the sale and the Debtor's Plan, on November 17, 2014, Gilbert Hospital and Bank SNB filed the *Joint Plan of Reorganization for Gilbert Hospital, LLC and Florence Hospital at Anthem, LLC Proposed by Gilbert Hospital, LLC and Bank SNB Dated November 17, 2014* [Dkt. #629] (the "Gilbert Hospital Plan"). Gilbert Hospital filed substantially the same plan in its own bankruptcy case.

35. Gilbert Hospital subsequently twice amended the Gilbert Hospital Plan. *See* Dkt. ##792 & 844.

36. Pursuant to the Gilbert Hospital Plan, it appears the plan proponents intend to consolidate the Debtor with Gilbert Hospital.

37. As of the date of this Motion, both the Debtor's Plan and the Gilbert Hospital Plan are pending before this Court.

38. Notably, the Gilbert Hospital Plan and Disclosure Statement fail to disclose that Dr. Johns guaranteed repayment of the Debtor's obligations owing the Bank SNB, but it nonetheless proposes a strategy by which that guaranty might be restructured.

39. Further, the Gilbert Hospital Plan provides Dr. Johns with an allowed unsecured post-petition claim in the amount of $100,000.00. *See* Dkt. #844 at p. 99.

40. Additionally, under that plan Dr. Johns will be appointed as the Chief Medical Officer for both entities, and he would receive "<u>additional</u> compensation" in the amount of $3,600.00 per month for his "<u>expanded</u> role with both Reorganized Debtors." *See id.* at p. 130 (emphasis added).

### E. <u>Dr. Johns Halts the Sale and Allows the Gilbert Hospital Plan to Gain Momentum.</u>

41. On or about March 25, 2015, Dr. Johns instructed Mr. Doloresco and the Polsinelli firm to "refrain from approving or causing to be filed any further motion, response, reply, joinder, statement of position, notice or other pleading… seeking approval of or regarding the sale of [the Debtor] or any of its assets." *See* letter to Mr. Doloresco dated March 25, 2015 attached hereto as **Exhibit A**.

42. The letter continues:

> From now on, Dr. Johns, as the Manager of FHA, shall be deemed as the sole person to authorize the filing of Pleadings on behalf of FHA regarding the Sale or the Plan, and he insists that he be provided drafts of all such Pleadings for his approval before they are filed. **<u>Dr. Johns shall also be deemed as the sole person to authorize counsel to argue in any court in favor of any Sale or against the Plan</u>**.

*See* Exhibit A (emphasis added).

43. Apparently, not satisfied that Polsinelli firm would succumb to his will, Dr. Johns terminated the Debtor's retention of Polsinelli. By letter dated May 12, 2015, Dr. Johns stated, "you and your firm are no longer authorized to act as counsel for FHA." A copy of the May 12, 2015 letter is attached hereto as **Exhibit B**.

44. Although not named as a recipient of the letters, CKS received copies of each of these letters in its role as financial advisor and investment banker to the Debtor, and it discloses the letters for the benefit of the Debtor's estate to the Court and all parties in interest to reveal Dr. Johns' behind-the-scenes machinations.

6
Case 4:13-bk-03201-BMW    Doc 860    Filed 05/18/15    Entered 05/18/15 18:51:53    Desc
Main Document    Page 6 of 16

45.     Subsequently, on May 14, 2015, the law firm of Fennemore Craig, P.C. filed the *Application for Withdrawal and Substitution of Counsel* seeking to become the Debtor's <u>third</u> bankruptcy counsel.  *See* Dkt. #854.

46.     As of the date of this Motion, CKS has not received any indication from Dr. Johns that he will support the Debtor's Plan, despite the possibility of a sale that could recover substantial sums for the Debtor's creditors.

## II.     **LEGAL ARGUMENT.**

As a result of Dr. Johns' gross mismanagement and in the interests of creditors, the Court should appoint a Chapter 11 trustee.  Under Bankruptcy Code § 1104(a)(1), the court shall order the appointment of a trustee "for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the affairs of the debtor by current management, either before or after the commencement of the case…"  *See* 11 U.S.C. § 1104(a)(1).  Likewise, the court shall appoint a trustee if the appointment "is in the interests of creditors."  *See id*. at § 1104(a)(2); *see also Fukutomi v. U.S. Trustee (In re Bibo, Inc.)*, 76 F.3d 256, 258 (9th Cir. 1996); *In re Am. Resources, Ltd*., 54 B.R. 245, 247 (Bankr. D. Ha. 1985) (holding cause existed to appoint trustee and noting debtor was one of three bankrupt companies managed by the debtor's management).

Dr. Johns is juggling so many competing interests that this case is on the precipice of tumbling to the ground at the expense of the Debtor's creditors.  Dr. Johns is a manager, member, officer, largest equity interest holder, pre-petition creditor, post-petition creditor, guarantor, and in his own imagination, the "sole person" authorized to direct the momentum of this case.  Moreover, Dr. Johns is simultaneously struggling to protect his interests and maximize his benefit in the Gilbert Hospital bankruptcy case.  Although Mr. Doloresco and the Debtor's professionals have put forward a viable Plan, Dr. Johns stubbornly refuses to back

that Plan or to allow it to move forward, without any valid explanation to the Court or the Debtor's creditors.

The Debtor and its creditors require a neutral third party to manage the Debtor, to evaluate the Debtor's current Plan, the Gilbert Hospital Plan, and to entertain any and all options to restructure this case as quickly as possible. The Debtor should not be permitted to hire and fire law firms ad nauseam. The Debtor must emerge from this bankruptcy case. Dr. Johns should not be permitted to neutralize the Debtor's professionals unilaterally. Without Dr. Johns maneuvering the case for his own benefit, the Debtor will have its best chance to reorganize.

While a Chapter 11 trustee would cause the Debtor to incur additional administrative expense, that expense will be offset by the efficiencies and transparencies a Chapter 11 trustee would bring to the case. For example, the Debtor's new proposed firm will have to incur the needless expense of getting up to speed on all of the various complex issues in the case. Meanwhile, the Debtor's Plan will continue to sit stagnate, and the Gilbert Hospital Plan will move forward unimpeded. Given Dr. Johns' history of mismanagement of multiple bankruptcy debtors, abuse of power, and egregious conflicts of interest, CKS request the Court authorize the appointment of a Chapter 11 trustee immediately.

### III. **CONCLUSION.**

WHEREFORE, CKS requests the Court enter an Order: (i) approving the appointment of a Chapter 11 trustee; and (ii) granting CKS such other and further relief as is just and proper under the circumstances.

RESPECTFULLY SUBMITTED this 18th day of May, 2015.

JENNINGS, STROUSS & SALMON, P.L.C.

By: /s/ Kami M. Hoskins
Kami M. Hoskins
*Attorneys for CKS Securities, LLC and CKS*

| | |
|---|---|
| 1 | *Advisors, LLC* |
| 2 | COPIES of the foregoing delivered this 18th day of May, 2015 via the Court's CM/ECF system on all parties requesting notice. |
| 3 | |
| 4 | |
| 5 | COPIES of the foregoing were Sent via U.S. Mail/Email this 18th day of May, 2015 to the following parties: |
| 6 | |
| 7 | Daniel E. Garrison<br>Jessica Kenney Bonteque<br>ANDANTE LAW GROUP, PLLC<br>Scottsdale Financial Center I<br>4110 N. Scottsdale Rd., Ste. 330<br>Scottsdale, AZ 85251<br>dan@andantelaw.com<br>Jessica@andantelaw.com<br>*Attorneys for Gilbert Hospital, LLC* |
| 12 | Wesley Denton Ray<br>Philip R. Rudd<br>POLSINELLI PC<br>CityScape Plaza<br>One E. Washington St, #1200<br>Phoenix, AZ 85004<br>wray@polsinelli.com<br>prudd@polsinelli.com<br>*Attorneys for Debtor* |
| 17 | Edward K. Bernatavicius<br>edward.k.bernatavicius@usdoj.gov<br>U.S. TRUSTEE'S OFFICE<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 20 | Bradley D. Gardner<br>UDALL, SHUMWAY & LYSONS PLC<br>30 West First Street<br>Mesa, AZ 85201<br>bdg@udallshumway.com<br>*Attorneys for Udall Shumway, PLC* |
| 24 | Bryce A. Suzuki<br>Kyle S. Hirsch<br>BRYAN CAVE LLP<br>2 North Central Avenue, Suite 2200<br>Phoenix, AZ 85004 |

| | |
|---|---|
| 1 | bryce.suzuki@bryancave.com |
| | Kyle.hirsch@bryancave.com |
| 2 | *Local Attorneys for Bank SNB* |
| 3 | |
| | Robert T. Luttrell, III |
| 4 | Louis Price |
| | MCAFEE & TAFT |
| 5 | 211 N. Robinson, Tenth Floor |
| | Oklahoma City, OK 73102-7103 |
| 6 | bob.luttrell@mcafeetaft.com |
| | louis.price@mcafeetaft.com |
| 7 | *Attorneys for Bank SNB* |
| 8 | |
| | Robert P. Harris |
| 9 | Lori L. Winkelman |
| | QUARLES &BRADY LLP |
| 10 | 2 North Central Avenue |
| | Phoenix, AZ 85004-2391 |
| 11 | robert.harris@quarles.com |
| | lori.winkelman@quarles.com |
| 12 | *Attorneys for MPT of Florence, LLC* |
| 13 | |
| | Rick N. Bryson |
| 14 | G. Gregory Eagleburger |
| | SANDERS &PARKS PC |
| 15 | 3030 North Third Street, Suite 1300 |
| | Phoenix, AZ 85012-3099 |
| 16 | rick.bryson@sanderssparks.com |
| | Greg.Eagleburger@sanderssparks.com |
| 17 | *Attorneys for Schmidt Westergard & Company* |
| 18 | |
| | Hilary L. Barnes |
| 19 | ALLEN MAGUIRE & BARNES, PLC |
| | 1850 N. Central Avenue, Suite 1150 |
| 20 | Phoenix, AZ 85004 |
| | hbarnes@ambazlaw.com |
| 21 | *Attorneys for Jerry Seelig, Health Care Ombudsman* |
| 22 | |
| | Leigee Gu |
| 23 | HALPERIN BATTAGLIA RAICHT LLP |
| | 40 Wall Street, 37th Floor |
| 24 | New York, NY 10005 |
| | lgu@halperinlaw.net |
| 25 | *Attorneys for Phoenix Metro Inpatient Services,* |
| | *an affiliate of Fresenius Medical Care* |
| 26 | *Holdings, Inc. d/b/a/ Fresenius Medical Care* |

*North America*

Patrick B. Howell
WHYTE HIRSCHBOECK DUDEK SC
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
phowell@whdlaw.com
*Attorneys for GE Healthcare*

Pernell W. McGuire
DAVISMILESMCGUIRE GARDNER, PLLC
320 N. Lerous Street, Suite A
Flagstaff, AZ 86001
pmcguire@davismiles.com
*Attorneys for James Price, Mary Voorhaar, Phyllis Weinsten and William Voorhaar, Dan Quan, Billy Joe Anderson, Tiffany Anderson, Zenji Reynolds, Jonathan Maitem, Janne Maitem, Brian Hess*

Chad Philip Miesen
CARPENTER HAZLEWOOD DELGADO & BOLEN
1400 East Southern Avenue, Suite 400
Tempe, AZ 85282
chad@carpenterhazlewood.com
*Attorneys for Anthem at Merrill Ranch Community Council, Inc.*

Donald W. Powell
CARMICHAEL &POWELL, P.C.
7301 North 16th Street,Suite 103
Phoenix, AZ 85020
d.powell@cplawfirm.com
*Attorneys for Khouseheh Kian and Kianoush Kian, Dan Quan*

Clint W. Smith
CLINTW. SMITH PC
1423 South Higley Road, Suite 120
Mesa, AZ 85206
cws@cwspclaw.com
*Attorneys for Karen Ross-Glaser*

Mark D. Chernoff
CHERNOFF LAW FIRM, PC
14300 N. Northsight Boulevard, Suite 205

Scottsdale, AZ 85260
mchernoff@azfirm.net
*Attorneys for David Wanger*

Brian J. Pollock
LEWIS AND ROCA
40 N. Central Ave., Suite 1900
Phoenix, AZ 85004-4429
bpollock@lrlaw.com
*Attorneys for Gilbert Hospital*

Thomas O. Kolb Jr.
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
420 20th Street North, #1400
Birmingham, AL 35203-3221
tkolb@bakerdonelson.com
*Attorneys for MPT*

Debra J. Cohen
Ligee Gu
HALPERIN BATTAGLIA RAICHT LLP
40 Wall Street, 37th Floor
New York, NY 10005
dcohen@halperinlaw.net
lgu@halperinlaw.net
*Attorneys for Fresenius Medical Care Holdings, Inc dba Fresenius Medical Care North America*

Stacia A. Danielsen
SCHMIDT WESTERGARD & COMPANY
77 West University Drive
Mesa, AZ 85201
sdanielson@sw-cpa.com
*Schmidt Westergard & Company, PLLC*

Margaret A. Gillespie
MAY, POTENZA, BARAN AND GILLESPIE, P.C.
201 North Central Ave., 22nd Floor
Phoenix, AZ 85004-0608
mgillespie@maypotenza.com
*Local Counsel for GE Healthcare*

Robert M. Moss
MEDICAL PROPERTIES TRUST, INC.
1000 Urban Center Drive, Suite 501

12
Case 4:13-bk-03201-BMW    Doc 860   Filed 05/18/15   Entered 05/18/15 18:51:53   Desc
                          Main Document    Page 12 of 16

| | |
|---|---|
| 1 | Birmingham, AL 35242-2225<br>rmoss@medicalpropertiestrust.com |
| 2 | *Attorneys for Medical Properties Trust, Inc.* |
| 3 | Gary V. Ringler |
| 4 | GARY V. RINGLER, PLLC<br>7303 W. Boston St. |
| 5 | Chandler, AZ 85226<br>garyvringler@earthlink.net |
| 6 | *Attorneys for Dr. Paul Budnick, Debra Budnick and Paul Budnick MDPC Profit Sharing Plan* |
| 7 | |
| 8 | Nancy J. March<br>FENNEMORE CRAIG, P.C. |
| 9 | One South Church Ave., Suite 1000<br>Tucson, AZ 85701-1627 |
| 10 | nmarch@fclaw.com |
| 11 | *Attorneys for Blue Cross Blue Shield of Arizona* |
| 12 | |
| 13 | Debra J. Cohen<br>HALPERIN BATTAGLIA RAICHT, LLP<br>40 Wall Street, 37th Floor |
| 14 | New York, NY 10005<br>dcohen@halperinlaw.net |
| 15 | *Attorneys for Apheresis Care Group, Inc. d/b/a Phoenix Metro Inpatient Services* |
| 16 | |
| 17 | Jonathan Saffer<br>Jill H. Perrella |
| 18 | SNELL & WILMER, L.L.P.<br>One South Church Avenue, Suite 1500 |
| 19 | Tucson, AZ 85701 |
| 20 | jmsaffer@swlaw.com<br>jperrella@swlaw.com |
| 21 | *Attorneys for Thomas Budnick* |
| 22 | Benjamin W. Reeves<br>SNELL & WILMER, L.L.P. |
| 23 | One Arizona Center<br>400 E. Van Buren, Suite 1900 |
| 24 | Phoenix, AZ 85004<br>breeves@swlaw.com |
| 25 | *Attorneys for Pulte Homes Corporation* |
| 26 | Bradley D. Weech |

| | |
|---|---|
| 1 | JACKSONWHITE<br>40 North Center Street, Suite 200 |
| 2 | Mesa, AZ 85201 |
| 3 | centraldocket@jacksonwhitelaw.com<br>*Attorneys for Gilbert Hospital, L.L.C.* |
| 4 | Andre E. Carman |
| 5 | WARNOCK, MACKINLAY &CARMAN, PLLC<br>246 South Cortez Street |
| 6 | Prescott, AZ 86303<br>acarman@lawwmc.com |
| 7 | *Attorneys for East Pioneer, LLC* |
| 8 | William W. Fife, III |
| 9 | Daniel M. Greenberg<br>BRINKMAN PORTILLO RONK, APC |
| 10 | 18444 N. 25th Avenue<br>Phoenix, AZ 85016 |
| 11 | AZ@brinkmanlaw.com |
| 12 | *Attorneys for Official Joint Committee of<br>Unsecured Creditors of Gilbert Hospital, LLC* |
| 13 | Daren R. Brinkman |
| 14 | Laura J. Portillo<br>Kevin C. Ronk |
| 15 | BRINKMAN PORTILLO RONK, APC<br>4333 Park Terrace Drive, Ste. 205 |
| 16 | Westlake Village, CA 91361 |
| 17 | *Attorneys for Official Joint Committee of<br>Unsecured Creditors of Gilbert Hospital, LLC* |
| 18 | Teddy M. Kapur |
| 19 | PACHULSKI STANG ZIEHL &JONES LLP<br>10100 Santa Monica Blvd., 13th Floor |
| 20 | Los Angeles, CA 90067-4003<br>tkapur@pszjlaw.com |
| 21 | *Attorneys for Terner Capital Group, LLC* |
| 22 | Michael W. Carmel |
| 23 | MICHAELW. CARMEL LTD.<br>80 East Columbus Avenue |
| 24 | Phoenix, AZ 85012-4965<br>michael@mcarmellaw.com |
| 25 | *Attorneys for Creditor Gilbert Hospital* |
| 26 | Dean M. Dinner |

| | |
|---|---|
| 1 | NUSSBAUM GILLIS &DINNER, P.C.<br>14850 N. Scottsdale Road, Suite 450 |
| 2 | Scottsdale, AZ 85254 |
| 3 | ddinner@ngdlaw.com<br>*Attorneys for Equity Security Holders'* |
| 4 | *Committee* |
| 5 | Andrew A. Harnisch<br>MINKIN &HARNISCH PLLC |
| 6 | 6515 N. 12th Street, Suite B<br>Phoenix, AZ 85014 |
| 7 | andy@mhlawaz.com |
| 8 | *Attorneys for Apheresis Care Group, Inc. d/b/a*<br>*Phoenix Metro Inpatient Services* |
| 9 | |
| 10 | Carolyn J. Johnsen<br>DICKINSONWRIGHT PLLC |
| 11 | 1850 N. Central Avenue, Suite 1400<br>Phoenix, AZ 85004-4568 |
| 12 | cjjohnsen@dickinsonwright.com<br>*Attorneys for the Official Committee of* |
| 13 | *Unsecured Creditors* |
| 14 | Steven N. Berger<br>Tamalyn E. Lewis |
| 15 | Patrick A. Clisham<br>ENGELMAN BERGER, P.C. |
| 16 | 3636 North Central Avenue, Suite 700<br>Phoenix, AZ 85012 |
| 17 | snb@eblawyers.com |
| 18 | tel@eblawyers.com<br>pac@eblawyers.com |
| 19 | *Attorneys for Blue Wolf Capital Fund III, LP* |
| 20 | Lenard M. Parkins |
| 21 | HAYNES AND BOONE, LLP<br>30 Rockefeller Plaza, 26th Floor |
| 22 | New York NY 10112<br>lenard.parkins@haynesboone.com |
| 23 | *Attorneys for Blue Wolf Capital Fund III, LP* |
| 24 | Robert M. Charles, Jr.<br>Jeffrey L. Sklar |
| 25 | LEWIS ROCA ROTHGERBER LLP |
| 26 | One South Church, Suite 700<br>Tucson, AZ 85701-1611 |

| | |
|---|---|
| 1 | Rcharles@LRRLaw.com<br>Jsklar@LRRLaw.com |
| 2 | *Attorneys for Firstsource Solutions USA, LLC* |
| 3 | *dba MedAssist* |
| 4 | David D. Cleary<br>GREENBERGTRAURIG, LLP |
| 5 | 2375 East Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| 6 | clearyd@gtlaw.com<br>*Attorneys for EmCare, Inc.* |
| 7 | |
| 8 | Keith L. Hendricks<br>MOYES SELLERS &HENDRICKS |
| 9 | 1850 N. Central Avenue, Suite 1100<br>Phoenix, AZ 85004 |
| 10 | khendricks@law-msh.com<br>*Attorneys for Timothy Johns* |
| 11 | |
| 12 | /s/ Linda Bourland |